# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MICHAEL RICHARDS AND JILL RICHARDS, INDIVIDUALLY AND AS NATURAL PARENTS, NEXT OF KIN, ADMINISTRATOR AD LITEM AND PERSONAL REPRESENTATIVE FOR MICHAEL CONNOR RICHARDS, DECEASED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DIAMOND ENTERTAINMENT GROUP, INC. D/B/A PURPLE DIAMOND GENTLEMAN'S CLUB A/K/A THE PURPLE DIAMOND,**<br><br>**Defendant.** | Civil Action No.: 2:19-2022-SHM-dkv |

## NOTICE OF SETTLEMENT

COME NOW the parties, Plaintiff and Defendant, by and through counsel, and hereby give notice to the Court pursuant to Local Rule 83.13 that the above-captioned matter has been settled. Upon completion of the settlement process, a stipulation of dismissal will be filed by the Parties.

Respectfully submitted,

s/ Bailey L. Walden_____
Russell E. Reviere (BPR No. 007166)
Bailey L. Walden (BPR No. 036552)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414
bwalden@raineykizer.com
rreviere@raineykizer.com


s/ Daniel A. Seward_____
Daniel A. Seward  (BPR No. 13411)
SEWARD LAW FIRM
Attorney for Plaintiffs
4510 Chickasaw Road
Memphis, TN  38117
901-647-5848
sewardlawfirm@aol.com