## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MICHAEL RICHARDS AND JILL RICHARDS, INDIVIDUALLY AND AS NATURAL PARENTS, NEXT OF KIN, ADMINISTRATOR AD LITEM AND PERSONAL REPRESENTATIVE FOR MICHAEL CONNOR RICHARDS, DECEASED,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**DIAMOND ENTERTAINMENT GROUP, INC. D/B/A PURPLE DIAMOND GENTLEMAN'S CLUB A/K/A THE PURPLE DIAMOND,**<br><br>       **Defendant.** | **Civil Action No.: 2:19-2022-SHM-dkv** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that they have fully compromised and resolved all disputes between them and further stipulate that this action shall be dismissed with prejudice as to the refiling of same.

Respectfully submitted,


s/ Bailey L. Walden_____
Russell E. Reviere (BPR No. 007166)
Bailey L. Walden (BPR No. 036552)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414
bwalden@raineykizer.com
rreviere@raineykizer.com


s/ Daniel A. Seward_____
Daniel A. Seward  (BPR No. 13411)
SEWARD LAW FIRM
Attorney for Plaintiffs
4510 Chickasaw Road
Memphis, TN  38117
901-647-5848
sewardlawfirm@aol.com